**9**

MARMARTH CO-OPERATIVE EQUITY EXCHANGE et al., Plaintiffs in Error, v. FIRST NATIONAL BANK OF ST. PAUL. (Circuit Court of Appeals, Eighth Circuit. October 6, 1924.) No. 6493. In Error to the District Court of the United States for the District of North Dakota. F. W. Murphy and

Victor E. Anderson, both of Wheaton, Minn., W. H. Stutsman, of Mandan, N. D., and Paul Campbell and F. J. Funke, both of Minot, N. D., for plaintiffs in error. John Burke and U. L. Burdick, of Fargo, N. D., and Edward S. Stringer and Thomas D. O'Brien, both of St. Paul, Minn., for defendant in error.

PER CURIAM. Affirmed, with costs, upon decision in case No. 6490, Kintyre Farmers' Co-operative Elevator Co. et al. v. Midland National Bank of Minneapolis, 2 F.(2d) 348, per stipulation of parties. Certiorari denied, 45 S. Ct. 226, 69 L. Ed. ——.